UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael T. Swanson  )
Plaintiff  )
)
vs.  )  Case No. 11-2143
)
K. Anglin  )
V. Calloway  )  **FILED**
J. Willaman  )
Gladyse C. Taylor  )  JUN -2 2011
Defendant(s)  )
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

COMPLAINT

☑  42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐  28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☑  Other  Tort Claim

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Michael T. Swanson B50446, and states as follows:

My current address is: Shawnee Correctional Center 6665 State route 146 east. Vienna Illinois 62995

The defendant K. Anglin, is employed as Acting Warden Danville Correctional Center at 3820 east Main St Danville Il 61834

The defendant V. Calloway, is employed as Assistant Warden Danville Correctional Center at 3820 east Main St Danville Il 61834

The defendant J. Willaman, is employed as Assistant Warden Danville Correctional Center at 3820 east Main St Danville Il 61834

The defendant Gladyse C. Taylor, is employed as Director: Illinois Department of Corrections at 1301 Conordia Court P.O. box 19277 Springfield Il 62794-9277    (revised 9/96)

The defendant  GiNA Allen  , is employed as  AdmiNistrative Review boArd office of INmAte Issues  at 1301 coNordiA court P.O. box 19277 Spring-field Illinois 62794-9277

Additional defendants and addresses  CuNNiNgham, MAjor DaNville correctioNal ceNter 3820 east MAIN St DanVille Il 61834

V. Tutwiler Major DaNville CorrectioNAl center 3820 east MaiN st DaNville Il 61834

NAme of DefeNdant oN the Next PAge.

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
Yes ☑    No ☐

C. If your answer to B is yes, how many?  ONe   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:
   Plaintiff(s)  MichAel T. SwANSON
   Defendant(s)  I.D.O.C

2. Court (if federal court, give name of district; if state court, give name of county)
   Court OF clAim

Douglas J. Burge, Lieutenant; Danville Correctional Center 3820 East Main St. Danville Illinois 61834

Myers, Lieutenant of Internal of Affairs; Danville Correctional Center 3820 East Main St. Danville Illinois 61834

D. Houpt, Correctional Officer of Internal of Affairs; Danville Correctional Center. 3820 East Main St. Illinois 61834

Matt Reed, Correctional Officer; Danville Correctional Center 3820 East Main St. Danville Illinois 61834

Robert A. Miller, Correctional Officer; Danville Correctional Center 3820 East Main St. Danville Illinois 61834

Loftus, Correctional Officer; Danville Correctional Center 3820 East Main St. Danville Illinois 61834

Blue, Correctional Officer; Danville Correctional Center. 3820 East Main St. Danville Illinois 61834

Crain, Correctional Officer; Danville Correctional Center 3820 East Main St. Danville Illinois 61834

Dooley, Supervisor Clothing Room; Danville Correctional Center. 3820 East Main St Danville Illinois 61834

Depratt, Counselor; Danville Correctional Center 3820 East Main St. Danville Illinois 61834

Garrick L. Kiley; Counselor/Chair person Adjustment Committee; Danville Correction Center, 3820 East Main St. Danville Illinois 61834

Jaime Hernandez, Chair person Adjustment Committee; Danville Correctional Center 3820 East Main St. Danville Illinois 61834

Judy Oakley, Chair Person Adjustment Committee; Danville Correctional Center 3820 East Main St. Danville Illinois 61834

Josepht T. Smith, Chair Person Adjustment Committee; Danville Correction Center, 3820 East Main St Danville Illinois 61834

Talbot Doctor; Health Care Unit; Danville Correctional Center 3820 East Main St. Danville Illinois 61834

3. Docket Number/Judge  _I dont remember_
4. Basic claim made  _property_
5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _Untimely Filed dismissed_
6. Approximate date of filing of lawsuit _2005 or 2006_
7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☑  No ☐
   If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☑  No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

## STATEMENT OF CLAIM

Place of the occurrence **Danville Correctional Center**

Date of the occurrence **10-4-10**

Witnesses to the occurrence **None**

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On 9-29-10 I was surrounded by major Conningham and other C/O employees, major Conningham used derogatory and incoherent term's in an aggressive manner to me. Upon returning to my room major Conningham stated to his employee's "Make it hard for him" due to his request I was continuously harassed and threaten by officer's. 9-30-10 an emergency notification was given to Warden Calloway from me in the process of health care treatment due to my injury. 10-4-10 an emergency grievance was filed and sent to Warden Anglin. 11-4-10 I went to segregation for dietary incident my property was packed by officer Miller, I latter found out my property was vandalized a grievance was filed. 11-12-10 I was seen by health care unit in response of sick call request, the nurse/doctor name unknown tode me to "put my foot out the chuck hole" I was unable to do so, nurse/doctor then refused to see me in the proper manner. Grievance filed was not answered by Administrative Review Board.

11-26-10 A grievance was filed in regarding of clothing room supervisor Cooley. Medical contract permit for boot's as needed was issued and supervisor Cooley refused to obey by rule's. 1-5-11 A emergency grievance was filed with affidant stating I was not safe in the facility. 1-12-11 An emergency grievance was sent to the Director and the A.R.B in request for protective custody, upon my request I was placed in Seg with five Disciplinary ticket's. 3-2-11 A grievance was sent to the Director and the A.R.B concerning those five ticket's. A.R.B responded by saying my grievance was untimely filed, in the orientation manual it stated "A grievance shall be filed within 60 day's of incident." 1-20-11 was the date of incident 3-2-11 grievance was filed, my right's was violated due to the fact my grievance was filed within 60 day's. As you can see grievance after grievance was filed in regarding of Danville correction's. I was continuously denied for everything I was obligated too, I needed boot's, I needed medical treatment, I needed safety, in all retaliation of my paper work I was mistreated, I went through a lot of pain and suffering and was latter placed on psych med's. Due to these fact's show's how much power Danville correction's have is not justified, I have the right to filed a grievance without harassment or retaliation.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

To Be Awarded For compensatory damage's And punitive damage's And ~~[struck out]~~ reimburse For All court cost.

JURY DEMAND          Yes ☑          No ☐

Signed this \_\_1 8\_\_ day of MAY, 20 2011.

\_\_\_Michael T. Swanson\_\_\_
(Signature of Plaintiff)

| Name of Plaintiff: Michael T. Swanson | Inmate Identification Number: B50446 |
|---|---|
| Address: Shawnee C.C. 6665 State route 146 east Vienna IL 62995 | Telephone Number: NONE |

STATE OF ILLINOIS   )
                    )
COUNTY OF JOHNSON   )

AFFIDAVIT

I, Michael T. Swanson, after being sworn upon my oath, depose and states as follows:

My current residence is: Shawnee C.C. 6665 State route 146 east Vienna IL 62995

I am making this affidavit for the purpose of Notifying the courts I am in segragation and my celly is the only person that can help me.

I make the following statements on oath regarding the purpose of this affidavit, as stated above:

Notifying the court I am in segragation and my celly is the only person that can help me and he completed all paper work. I ask that the court please appoint me a counsel.

/s/ Michael T. Swanson
Affiant

Subscribed and Sworn to me
This 23 day of May 2011
/s/ Theresa Casteel
NOTARY PUBLIC

OFFICIAL SEAL
THERESA CASTEEL
Notary Public - State of Illinois
My Commission Expires Apr 22, 2014